In the Matter of the Application of ANA W. SIMPSON, as General Guardian of ANA HOPE SIMPSON, a Minor, Respondent, for an Order Directing RICHARD C. BONDY and Others, Trustees of a Trust Created for the Benefit of ANA HOPE SIMPSON, under a Codicil to the Will of EMIL C. BONDY, Deceased, Appellants, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.